1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

JUL - 7 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION   CASE NO.  2:15-SW-0163 EFB
   | OF THE UNITED STATES OF AMERICA
   | FOR SEARCH WARRANT CONCERNING:   [PROPOSED] ORDER RE: REQUEST FOR
12 |                                  UNSEALING OF SEARCH WARRANT
   | The SUBJECT DEVICE described in    MATERIALS
13 | Attachment A, currently located at the Chico
   | Police Department, 1460 Humboldt Road,
14 | Chico, CA 95928

15

16         Upon application of the United States of America and good cause having been shown,

17         IT IS HEREBY ORDERED that the search warrant, application, affidavit, and return are

18 | unsealed.

19

20

21 | DATED: 7/7/2015

22                                        Hon. Carolyn K. Delaney
                                          United States Magistrate Judge
23

24

25

26

27

28

                                        1