BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

AUG 07 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>The SUBJECT DEVICE described in Attachment A, currently located at the Chico Police Department, 1460 Humboldt Road, Chico, CA 95928 | CASE NO. 2:15-SW-0163 EFB<br><br>DAD<br>[~~PROPOSED~~] ORDER |

Good cause appearing, the Court hereby orders that the United States of America is granted a 90-day extension of the search protocol to complete the search of the SUBJECT DEVICE described in Attachment A.

The initial 120-day review period for the SUBJECT DEVICE seized pursuant to search warrant 2:15-CR-0163 EFB, which was set to expire on or about August 8, 2015, is hereby extended. The new date for completion of the search of the SUBJECT DEVICE is November 8, 2015.

IT IS SO ORDERED.

Dated: 8/6/15

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge